

NUMBER 13-15-00597-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RODRIGO MARTINEZ JR. AND WIFE,
ROSARIO MARTINEZ,                                          Appellants,

v.

PLAINSCAPITAL BANK,                                          Appellee.

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

Appellants, Rodrigo Martinez Jr. and wife, Rosario Martinez, perfected an appeal from a judgment entered by the County Court at Law No. 7 of Hidalgo County, Texas, in cause number CL-15-1367-G. The parties have filed a joint motion to dismiss the appeal and requested that the Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of April, 2016.

2